# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

148984 & (35)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

TONY MARCELLI,
        Plaintiff-Appellant,

and

CYNTHIA MARCELLI and MARCELLI
CONSTRUCTION COMPANY, INC.,
        Plaintiffs,

v

        SC: 148984
        COA: 319069
        Oakland CC: 2013-134064-CK

JAMES M. WALKER, WESTFIELD
COMPANIES, d/b/a OHIO FARMERS
INSURANCE COMPANY, GUS
YOGMOUR, JR., RONALD A.
DENEWETH, and DENEWETH &
PARFITT, P.C.,
        Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the March 19, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to supplement record is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014

h0721



           Clerk